IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Wingate Inns International Incorporated, | ) ) | C/A No.: 4:01-2225-TLW-SVH |
| Plaintiff, | ) | |
| vs. | ) ) | REPORT AND RECOMMENDATION |
| North Shore Hospitality, LLC, Patty A. Reese, and Haricharen J. Misra, a/k/a Michael Misra, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

This matter is before the court on motion of defendant Patty A. Reese, now known as Patty Serio ("Reese") to be dismissed from this case [Entry #109]. Plaintiff Wingate Inns International Incorporated has indicated it does not intend to pursue its claims against Reese. [Entry #110]. Therefore, the court interprets the parties' filings collectively as a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims by or against Reese and recommends Reese be dismissed from this action. Further, it appearing that the reasons underlying the stay in this case no longer exist, the undersigned recommends the stay be lifted, the case be restored, and a new scheduling order issued to govern the remainder of the deadlines.

IT IS SO RECOMMENDED.

April 1, 2011                                             Shiva V. Hodges
Florence, South Carolina                           United States Magistrate Judge

**The parties are directed to note the important information in the attached
"Notice of Right to File Objections to Report and Recommendation."**